**Ex parte Lavern Neal RIDLEY.**

**No. 27805.**

Court of Criminal Appeals of Texas.

Nov. 9, 1955.

No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Asst. Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from an order of the Criminal District Court No. 2 of Harris County remanding appellant to the custody of the Sheriff of Harris County to be delivered to an agent of the demanding State.

No statement of facts accompanies the record, and no bills of exception are found therein.

The proceedings being in all things regular and no errors appearing, the judgment is affirmed.